UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MORGAN STANLEY & CO. INCORPORATED,

    Plaintiff,

-against-

CONRAD P. SEGHERS,

    Defendant.

Civ. Action No.: 10 CV 5378 (DLC)(JCF)

**NOTICE OF MOTION FOR PRELIMINARY INJUNCTION**

---

**PLEASE TAKE NOTICE** that, upon the accompanying Declaration of Wook Kim, executed on July 28, 2010, and the exhibits attached thereto, together with the Complaint, and the accompanying Memorandum of Law in support of this motion, Plaintiff Morgan Stanley & Co. Incorporated, the successor in interest to Morgan Stanley DW Inc., by its attorneys, Kelley Drye & Warren LLP, will move this Court, before the Honorable Denise L. Cote, at the United States Courthouse, located at 500 Pearl Street, New York, New York, at a time and date to determined by the Court, for an Order, pursuant to Federal Rule of Civil Procedure 65 and 28 U.S.C. § 2201, enjoining Defendant Conrad P. Seghers ("Seghers") from pursuing an arbitration that Seghers commenced before the Financial Regulatory Authority that would be heard in Texas

until such time as this Court rules on Plaintiff's claims for declaratory judgment and permanent injunctive relief.

Dated: New York, New York
      July 28, 2010

KELLEY DRYE & WARREN LLP

By: _____
    John M. Callagy
    David Zalman
    Wook Kim
    101 Park Avenue
    New York, NY  10178
    (212) 808-7800
    (212) 808-7897

*Attorneys for Plaintiff*
*Morgan Stanley & Co. Incorporated*