```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
MORGAN STANLEY & CO, INC.,              :     10 Civ. 5378 (DLC)
                                        :
                    Plaintiff,          :          ORDER
         -v-                            :
                                        :
CONRAD P. SEGHERS,                      :
                    Defendant.          :
                                        :
----------------------------------------X
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/10/10
```

DENISE COTE, District Judge:

    On July 29, 2010, the plaintiff filed a motion for a preliminary injunction. On August 2, a scheduling order for that motion was issued. At the August 10, 2010 conference held on the record, the parties waived their right to a hearing on the motion for a preliminary injunction. The schedule given for the preliminary injunction motion in the August 2 Order remains in effect.

    On August 9, 2010, the Court's chambers received the pro se defendant's motion to dismiss and motion to stay. Those motions, which were in an envelope addressed to the Court's Pro Se Office that was contained within the larger envelope of materials sent by the defendant to chambers, will be filed and docketed promptly by the Court. As agreed by the parties at the August 10 conference, it is hereby

ORDERED that the plaintiff's opposition to the defendant's motions to dismiss and to stay must be submitted by **August 20**. The defendant's reply, if any, must be submitted by **August 27**.

IT IS FURTHER ORDERED that when filing any papers with the Court, the parties shall provide a courtesy copy to Chambers by mailing or delivering them to this Court's Pro Se Office, Room 230, United States Courthouse, 500 Pearl Street, New York, New York 10007.

IT IS FURTHER ORDERED that failure to comply with any of the terms of this Order may constitute grounds for the denial of requested relief, dismissal of the action, or such other action as may be just in the circumstances.

Dated: New York, New York
August 10, 2010

_____
DENISE COTE
United States District Judge

Copies sent to:

Wook Kim  
Kelley Drye & Warren LLP  
101 Park Avenue  
New York, NY 10178

Conrad P. Seghers  
1606 Palomino Road Drive  
Austin, TX 78733-6046