DL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------X
                                            :
MORGAN STANLEY & CO, INC.,                  :    10 Civ. 5378 (DLC)
                                            :
                        Plaintiff,          :         ORDER
            -v-                             :
                                            :
CONRAD P. SEGHERS,                          :
                        Defendant.          :
                                            :
-------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/6/2010

DENISE COTE, District Judge:

An application for a temporary restraining order having been made on August 6, 2010, it is hereby

ORDERED that a telephone conference will be held on **August 10, 2010** at **3:30 p.m.** Prior to the telephone conference, the defendant shall provide a telephone number where he can be reached for the conference by contacting Gloria Rojas, Courtroom Deputy, at (212) 805-0097.

IT IS FURTHER ORDERED that plaintiff's counsel shall serve this Order promptly on the defendant.

Dated:   New York, New York
         August 6, 2010

                                   _____
                                        DENISE COTE
                                   United States District Judge

                                   LAURA TAYLOR SWAIN, U.S.D.J
                                   Part I

MICROFILMED
AUG 1 0 2010 -12:00 PM